Form B 250B (12/09)

# CERTIFICATE OF SERVICE

I, _____Henry E. Hildebrand, IV_____ certify that service of this summons and a copy of the complaint was made ___February 14, 2020___ by:

☒ **Mail service**: Regular, first class United States mail, postage fully pre-paid, addressed to:

American Bank & Trust of the Cumberlands
Attn: Marty Maynord
808 West Main Street
Livingston, TN 38570

Rubin Lublin, LLC
3145 Avalon Ridge Place, Ste 100
Peachtree Corners, GA 30071

American Bank & Trust of the Cumberlands
Attn: Marty Maynord
P.O. Box 40
Livingston, TN 38570

☐ **Personal Service**: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ **Residence Service**: By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution**: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication**: The defendant was served as follows: [Describe briefly]

☐ **State Law**: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __2/14/2020__     Signature _[signature]_

Print Name:  Henry E. Hildebrand, IV

Business Address:  2416 21st Ave S Suite 303

Nashville, TN 37212