Form B 250B (12/09)

## CERTIFICATE OF SERVICE

I, _____Henry E. Hildebrand, IV_____ certify that service of this summons and a copy of the complaint was made February 20, 2020 by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

American Bank & Trust of the Cumberlands
Attn: Marty Maynord
P.O. Box 40
Livingston, TN 38570

American Bank & Trust of the Cumberlands
Attn: Marty Maynord
808 West Main Street
Livingston, TN 38570

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 2/25/2020                             Signature _____[signature]_____

Print Name:          Henry E. Hildebrand, IV

Business Address:    2416 21st Ave S. Ste 303

                     Nashville, TN 37212